### BELT v. STATE.
### No. 24510.

Court of Criminal Appeals of Texas.
Nov. 30, 1949.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony theft, punishment five years in the penitentiary.

It appears by proper proof that after perfecting his appeal to this Court appellant escaped. The jurisdiction of this Court no longer prevails.

The appeal is therefore dismissed.